Natu J. Patel, SBN 188618
Daniel H. Ngai, SBN 302297
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone:      949.955.1077
Facsimile:   949.955.1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiff,
Farmer Publications, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMER PUBLICATIONS, INC., a Texas corporation, | Case No.: |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | 1. COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 et seq.; |
| VILLAGE MANAGEMENT SERVICES, INC., a California corporation; GOLDEN RAIN FOUNDATION OF LAGUNA WOODS, a California corporation; EILEEN PAULIN, an individual; and DOES 1-10, inclusive, | 2. DECLARATORY RELIEF UNDER 17 U.S.C. §§ 102; and |
| | 3. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS |
| Defendants. | **DEMAND FOR JURY TRIAL** |

-1-
Complaint

PLAINTIFF, Farmer Publications, Inc. complains and alleges as follows:

**PARTIES**

1.      Plaintiff, Farmer Publications, Inc., ("Plaintiff" or "Farmer Publications"), is now, and at all times relevant herein was, a corporation organized under the laws of the State of Texas with its principal place of business located in the City of Laguna Niguel, California.

**<u>The Defendants.</u>**

2.      Plaintiff is informed and believes, and on that basis alleges, that Defendant, Village Management Services, Inc. ("VMS"), is now, and at all times relevant herein was, a California corporation with a principal place of business located at 24351 El Toro Road, Laguna Woods, California 92637.

3.      Plaintiff is informed and believes, and on that basis alleges, that Defendant, Golden Rain Foundation of Laguna Woods. ("GRF"), is now, and at all times relevant herein was, a California corporation with a principal place of business located at 24351 El Toro Road, Laguna Woods, California 92637.

4.      Plaintiff is informed and believes, and on that basis alleges, that VMS and GRF are in the business of providing management services to senior living communities in or around Orange County, California including, but not limited to, Laguna Woods Village ("LWV").

5.      Plaintiff is informed and believes, and on that basis alleges, that Defendant, Eileen Paulin, ("Paulin"), is an individual who is now, and at all times relevant herein was, a citizen of the United States who is domiciled in the State of California.  Plaintiff is further informed and believes, and on that basis alleges, that Paulin is, and at all times relevant herein was, an employee, officer, director, agent, and/or Director of Media & Communications of VMS.  VMS is a community management company and subsidiary of GRF.  VMS, GRF, and Paulin are collectively referred herein as "Defendants."

6.      Plaintiff is informed and believes, and on that basis alleges, that Defendants are responsible for each of their acts and for their conduct, which are the true legal causes for the damages herein alleged.

## DOE ALLEGATIONS

7.      The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to Plaintiff at this time, and Plaintiff, therefore, sues said defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint when the same have been ascertained.  Plaintiff is informed and believes, and based thereon alleges that each DOE defendant was responsible intentionally, or in some other actionable manner, for the events and happenings referred to herein, which proximately caused injury and damage to Plaintiff, as hereinafter alleged.

8.      Any reference to "Defendants" shall refer to each named defendant and all DOE defendants, and to each of them.

## JURISDICTION AND VENUE

9.      This Court has original jurisdiction over this action pursuant to 17 U.S.C. § 301 and 28 U.S.C. §§ 1331 and 1338, in that this Complaint raises federal questions under the Federal Copyright Law, 17 U.S.C. § 101 et seq.  The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367.

10.      The Court has personal jurisdiction over Defendants because Defendants have purposefully availed themselves of the opportunity to conduct commercial activities in this forum.  Plaintiff's Complaint arises out of those commercial activities.

11.      Venue is proper in this district under 28 U.S.C. §§ 1391 (b) and (c) in that substantial injury occurred and continues to occur in this district, a substantial portion of the events that are the subject of this action took place in this district, and Defendants are doing business in this district and have principal places of business located within this judicial district.

## AGENCY

12.      At all times herein mentioned, each Defendant was the agent, servant, joint venturer, partner or employee of the other Defendants, successor corporations, successors in interest, or entities and, in doing the things herein

alleged, was acting within the purpose and scope of said agency or employment at the time of the incident. All Defendants were acting within the scope and course of that agency and employment and with the knowledge and implied and/or express consent and permission of the other Defendants.

## INTRODUCTION

13.    This case is about Defendants' egregious infringement of Plaintiff's intellectual property rights and other violations of federal and state law. It is egregious because Defendants have intentionally adopted and used a map that is identical or substantially similar to Plaintiff's copyrighted map with blatant disregard for Plaintiff's intellectual property rights.

14.    Defendants are not business affiliates of Plaintiff and do not have permission to use the copyrighted material. Defendants are aware that their actions are specifically prohibited and are on notice that Plaintiff has not consented to their actions in any way.

15.    By this Complaint, Plaintiff seeks to prevent further deception and to protect its intellectual property from intentional copying and infringement.

## FACTS

### FARMER PUBLICATIONS' CREATION AND OWNERSHIP OF THE COPYRIGHTED MAP

16.    Farmer Publications is a trusted community resource and publication company which has been serving Southern California for over a quarter-century

since 1994.  Over the years, Farmer Publications has established tremendous good will and reputation for its exceptional phone directories and community maps for several different senior communities including, but not limited to LWV, located in Orange County, California.

17.    Beginning as early as 1997, Farmer Publications, through its principal, Clare Tjelmeland ("Tjelmeland"), has been fulfilling requests from GRF for the creation and provision of maps and phone directories for community use at LWV.

18.    In or around 2003, GRF asked Tjelmeland to provide an additional community map for their general use.  Tjelmeland graciously agreed to create and produce the map at no cost to the community and further supplied GRF with enough copies of the map and phone directories to meet its distribution needs.  All of the work that Tjelmeland did for the map is attributed to Plaintiff.

19.    Additionally, from approximately 2011 through 2015, Plaintiff worked collaboratively with LWV to meticulously refine, revise, and update the map to accurately reflect real-world landmarks (e.g., buildings, gates, golf cart trails, borders, etc.).  Specifically, the Engineering Department for LWV, along with members of the community, regularly contacted Plaintiff to request specific modifications to the map, and Plaintiff honored those requests.

20.     As a result of the diligent efforts and immeasurable resources spent by Plaintiff over the course of several years, Plaintiff's map of LWV has become a widely recognized and dependable resource for community members and their families, with thousands of copies of the map distributed throughout the community on a regular basis.

21.     To protect its investment, Plaintiff obtained a copyright registration with the U.S. Copyright Office for the map of LWV.  A copy of the map along with the Certificate of Registration entitled "Laguna Woods Village Community Map", Registration Number VA 2-220-098 ("Copyrighted Map") are attached collectively as **Exhibit 1**.

22.     The Copyrighted Map is a substantial asset of the Plaintiff and further contributes to its general business value and artistic portfolio.

**DEFENDANTS' WRONGFUL ACTS**

23.     Plaintiff is informed and believes, and on that basis alleges, that beginning in or around May 2019, Paulin, who is and at all relevant times was VMS's employee, director, and agent, began a calculated campaign to terminate and/or interfere with Plaintiff's ability to distribute Plaintiff's maps and phone books throughout LWV.

24.     Specifically, during monthly GRF committee meetings, Paulin regularly and systematically requested that GRF stop using Plaintiff's map and phone books and instead use other resources.  For example:

- "Ms. Paulin presented the phone book published by private companies and suggested that they be taken out of Central Services and not be distributed anymore."  Minutes of May 20, 2019.

- "Ms. Paulin stated that MarComm is working on replacing the map that is distributed in Farmer's phone book."  Minutes of August 19, 2019.

- Paulin suggested that "All telephone books, Community maps and marketing material in the possession of VMS Staff be destroyed. . . only the official GRF community map be distributed to Residents and other interested parties."  Staff Report of August 19, 2019.

- "Eileen Paulin reported on the phone books and stated that they are not in compliance and there is also a competitive phone book" Minutes of September 16, 2019.

Copies of highlighted excerpts from GRF's Open Meeting Minutes and a Staff Report prepared by Paulin are attached collectively hereto as **Exhibit 2**.

25.     Plaintiff is informed and believes, and on that basis alleges, that Paulin wanted to stop the distribution of Plaintiff's map and phone book so that she could replace it with other resources to further her own personal benefit and professional gain.  For instance, Plaintiff is informed and believes, and on that basis alleges, that Paulin wanted to replace Plaintiff's Copyrighted Map with Paulin's own map of LWV, which she intended to publish in the *Village Breeze*, a bi-monthly publication circulated throughout the LWV community.

26.     Plaintiff is further informed and believes, and on that basis alleges, that Paulin directed employees working at GRF's administrative office to stop accepting and distributing copies of Plaintiff's Copyrighted Map.  As a result, residents and guests visiting LWV are no longer able to obtain copies of Plaintiff's Copyrighted Map from the administrative office.

27.     Plaintiff is further informed and believes, and on that basis alleges, that Paulin's intentional and malicious actions also interfered with economic relationships that Plaintiff had with various sponsors.  Specifically, Paulin's actions caused certain sponsors, who had previously advertised in Plaintiff's map and phone book, to stop advertising with Plaintiff and instead advertise in the *Village Breeze.*

28.     Indeed, in or around March 2020, Plaintiff learned for the first time that Defendants' new and "improved" February/March 2020 edition of the *Village Breeze* featured, as its centerpiece, Paulin's near-identical version of Plaintiff's Copyrighted Map.  The February/March 2020 *Village Breeze* (on page 3), confirms that Paulin is in fact the official Publisher of the magazine.

29.     Plaintiff is informed and believes, and on that basis alleges, that Defendants have engaged in copyright infringement because Paulin's map ("Infringing Map") is practically identical to the Copyrighted Map.  Copies of pertinent excerpts from the February/March 2020 edition of the *Village Breeze*,

along with the centerfold Infringing Map, are attached collectively hereto as **Exhibit 3**.

30.    Plaintiff is informed and believes, and on that basis alleges, that when the Infringing Map is placed on top of the Copyrighted Map, the two maps match up almost perfectly.  For example, practically all the streets, buildings, landmarks, and cul-de-sac labels on Defendants' map line up exactly in the same place with a similar font type and font size as the Copyrighted Map.  Furthermore, labels and positioning of the cul-de-sacs and buildings on both of the maps are virtually identical, with the main difference being merely the color.  Moreover, the Infringing Map is so similar in substance that it has the same "look and feel" as the Copyrighted Map.  To demonstrate the similarities between the two maps, both the Copyrighted Map and the Infringing Map are provided below for the Court's comparison:

/ / /

/ / /

/ / /



Plaintiff's Copyrighted Map

Defendants' Infringing Map

31.    The effective date of the registration for the Copyrighted Map, as
stated on the Certificate (Exhibit 1), is February 18, 2020.  Plaintiff is informed
and believes, and on that basis alleges, that Defendants published the Infringing
Map after the February 18, 2020 effective date of registration.  Therefore, Plaintiff
is entitled to statutory damages pursuant to 17 U.S.C. §§ 412, 504.

32.    Defendants did not obtain Plaintiff's authorization or consent to use
Plaintiff's Copyrighted Map, and Plaintiff was not aware of Defendants'
infringement until well after the publication of the February/March 2020 edition of
the *Village Breeze*.  Plaintiff did not discover Defendants' infringement until
sometime in or around March 2020.

33.    In fact, after the Infringing Map was initially published in the
February/March 2020 edition of the *Village Breeze*, it has been continuously: (1)
published and distributed in at least eighteen (18) subsequent editions of the
*Village Breeze*, (2) handed out as flyers to residents and visitors throughout the
LWV community, and (3) available for download and displayed on Defendants'
website.[1]

34.    Plaintiff is informed and believes, and on that basis alleges, that
approximately 13,500 copies of the *Village Breeze* are printed and/or distributed to
approximately 12,736 residences on a bi-monthly basis each year (i.e. every other

---

[1] (https://www.lagunawoodsvillage.com/documents/view/Laguna-Woods-Village-Map.pdf).

Complaint

month).  Accordingly, since the Infringing Map originally appeared in the February/March 2020 edition of the *Village Breeze* and was subsequently included in every edition thereafter, it is estimated that there have been about 243,000 instances of infringement of the Copyrighted Map, thus making the infringement quite substantial.

35.    At all times relevant herein, Plaintiff has been, and still is, the owner of the exclusive rights, title, and interest in the Copyrighted Map and has the full and exclusive rights to bring suit to enforce the same, including the right to recover for past infringement.

36.    Plaintiff is informed and believes, and on that basis alleges, that Defendants had actual and constructive knowledge of Plaintiff's independent creation of, and ownership in, the Copyrighted Map.

37.    Specifically, Defendants had actual knowledge of Plaintiff's creation and ownership of the map as evidenced by discussions and references to the map during GRF and VMS meetings.  Also, Defendants requested Plaintiff to provide copies of the map for distribution throughout LWV over the span of several years, which Plaintiff graciously agreed to provide.

38.    Furthermore, on or about December 12, 2022, Plaintiff sent a letter to Defendants informing them about Plaintiff's registration of the Copyrighted Map, and demanding that they cease and desist from infringing on Plaintiff's rights in

the Copyrighted Map.  A copy of the cease and desist letter is attached as **Exhibit 4**.

39.     Notwithstanding Defendants' actual and/or constructive knowledge of Plaintiff's copyright in its artwork, Plaintiff is informed and believes, and on that basis alleges, that Defendants are intentionally and willfully continuing to use and display the Infringing Map without Plaintiff's consent even after receiving Plaintiff's cease and desist letter.  A screenshot dated January 17, 2023 showing Defendants' continued display of the Copyrighted Map on its website (https://www.lagunawoodsvillage.com/documents/view/4402/Laguna-Woods-Village-Map.pdf) is attached hereto as **Exhibit 5**.  In addition, Defendants published the Infringing Map in the January/February 2023 edition of the *Village Breeze*, pertinent excerpts of which are attached hereto as **Exhibit 6**.  Therefore Plaintiff is entitled to enhanced statutory damages in the amount of no less than $150,000 for each act of willful infringement.

40.     Plaintiff has never authorized Defendants to produce, reproduce, prepare derivative works based upon, distribute, or publicly display the Copyrighted Map.

41.     Defendants' unauthorized actions, which include blatant copying of the Copyrighted Map and distribution of the Infringing Map, constitute copyright infringement under federal law.

42.     Furthermore, Paulin's conduct in intentionally interfering with the economic relationship between Plaintiff and its sponsors has resulted in financial injury to Plaintiff including, but not limited to, loss of income, advertising revenue, and profits.

## FIRST CLAIM FOR RELIEF
### [Copyright Infringement Under 17 U.S.C. § 101, et seq.]
### (Against All Defendants)

43.     Plaintiff re-alleges and incorporates by this reference paragraphs 1 through 42, inclusive, of this Complaint as if fully set forth herein.

44.     Plaintiff is the original author and sole owner of the Copyrighted Map.

45.     The Copyrighted Map was fixed in a tangible medium when Plaintiff finalized it.

46.     The Copyrighted Map consists of copyrightable subject matter under the copyright laws of the United States.

47.     Plaintiff obtained registration of its copyright for the Copyrighted Map.

48.     Plaintiff and the Copyrighted Map are known to Defendants.

49.     Plaintiff is informed and believes, and on that basis alleges that, Defendants have misappropriated the Copyrighted Map and produced, reproduced, prepared derivative works based upon, distributed, and publicly displayed Plaintiff's copyrighted work without consent or authorization.  Defendants'

unauthorized use of the Copyrighted Map constitutes copyright infringement under applicable laws.

50.    Plaintiff is informed and believes, and on that basis alleges, that VMS and Paulin, in her individual capacity and as officer, director, and agent of VMS, published the Infringing Map in the February/March 2020 edition of the *Village Breeze* and in all subsequent editions.

51.    Plaintiff is informed and believes, and on that basis alleges, that the *Village Breeze* is a publication owned by GRF.  Plaintiff is further informed and believes, and on that basis alleges, that GRF also owns and/or operates the website and domain name lagunawoodsvillage.com, which has distributed, and continues to distribute, the Infringing Map.  As such, Paulin's conduct as alleged herein is attributable to both VMS and GRF.

52.    Defendants' acts violate Plaintiff's exclusive rights under 17 U.S.C. §§ 106 and 501, including Plaintiff's exclusive rights to produce, reproduce, publically display, and distribute copies of its work, and create derivative works.

53.    Defendants have knowingly and willfully infringed, with the intent to financially gain from Plaintiff's copyrighted work.  Defendants published, distributed, and continue to distribute, copies of the Infringing Map in physical paper format to members of the community and their families in LWV, as well as

electronically via the Internet to people throughout California and the United States.

54.    Plaintiff has not licensed or otherwise authorized Defendants to use the Copyrighted Map, or any works that are substantially similar to the Copyrighted Map.

55.    Defendants' copyright infringement has caused, and will continue to cause, substantial injuries, loss, and damage to Plaintiff's proprietary rights to the Copyrighted Map, in an amount to be determined at trial.

56.    Defendants' copyright infringement, and the threat of continuing infringement, has caused, and continues to cause, substantial and irreparable damage and injury to Plaintiff.  Thus, Plaintiff is also entitled to injunctive and equitable relief against Defendants under 17 U.S.C. § 502, and to an order under 17 U.S.C. § 503 and 28 U.S.C. § 1651(a) that the infringing copies of the Copyrighted Map be seized, impounded, and destroyed.

57.    Defendants are directly, contributorily, and/or vicariously liable for these actions.

**SECOND CLAIM FOR RELIEF**
**[Declaratory Relief for Plaintiff's Exclusive Rights in the Copyrighted Map Based on 17 U.S.C. § 102]**
**(Against All Defendants)**

58.    Plaintiff re-alleges and incorporates by this reference paragraphs 1 through 57, inclusive, of this Complaint as if fully set forth herein.

59.     Plaintiff has exclusive rights in the Copyrighted Map to reproduce any copies, prepare derivative works, and distribute copies to the public.

60.     Defendants have used, and continue to use the Infringing Map, a map that is identical and/or substantially similar to Plaintiff's Copyrighted Map.

61.     Accordingly, a judicial determination is essential at this time with respect to Plaintiff's ownership rights in the Copyrighted Map and Defendants' use of an identical and/or substantially similar map.

62.     Therefore, Plaintiff seeks a declaration from this Court that Plaintiff owns a valid and enforceable copyright in the Copyrighted Map, and that Defendants' Infringing Map unlawfully infringes on the Copyrighted Map.

## THIRD CLAIM FOR RELIEF
### [Intentional Interference with Prospective Economic Relations]
### (Against Defendant Paulin)

63.     Plaintiff re-alleges and incorporates by this reference paragraphs 1 through 62, inclusive, of this Complaint as if fully set forth herein.

64.     Plaintiff is informed and believes, and on that basis alleges, that Paulin intentionally interfered with economically beneficial relationships that Plaintiff had with its sponsors, with GRF, and with the LWV community in general.

65.     Specifically, Paulin knew that Plaintiff benefitted economically and was likely to continue benefitting economically through its relationship with

certain sponsors of Plaintiff's map and the sponsors of Plaintiff's telephone directory book.

66.     Nevertheless, as alleged herein above, Paulin began a calculated campaign in or around May 2019 to terminate or hinder the relationship between Plaintiff and its sponsors, and further interfere with Plaintiff's ability to distribute Plaintiff's maps and phone books throughout LWV.  Specifically, during monthly GRF committee meetings, Paulin regularly and systematically requested that GRF stop using Plaintiff's map and phone books and instead use other resources.  See **Exhibit 2**.

67.     Plaintiff is further informed and believes, and on that basis alleges, that Paulin directed employees working at GRF's administrative office to stop accepting and distributing copies of Plaintiff's Copyrighted Map.

68.     Plaintiff is informed and believes, and on that basis alleges, that Paulin sought to replace Plaintiff's Copyrighted Map with Paulin's own map of LWV, which she intended to publish in the *Village Breeze*, a bi-monthly publication circulated throughout the LWV community.

69.     By engaging in the conduct alleged above, Paulin intended to disrupt the relationships, or knew that disruption of the relationships was certain or substantially certain to occur.

70.    In fact, Plaintiff's relationships with its sponsors were disrupted.  For example, certain sponsors who had previously advertised in Plaintiff's publications, stopped advertising in Plaintiff's publications and began advertising in the *Village Breeze* instead.

71.    As a direct and proximate result of Paulin's conduct, Plaintiff has been damaged through, among other things, loss of income, advertising revenue, and profits in an amount to be determined at trial.

72.    Paulin acted with malice, fraud, or oppression, thereby justifying an award of punitive damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants as follows:

## **ON THE FIRST CLAIM**

1.    An Order finding that Defendants have infringed Plaintiff's rights in the Copyrighted Map in violation of 17 U.S.C. § 501;

2.    An Order declaring that Defendants' acts and conduct alleged herein were willful;

3.    An Order requiring Defendants to pay compensatory, actual, and/or statutory damages to Plaintiff in the amount of no less than $150,000.00 for each act of copyright infringement pursuant to applicable law;

4.     An Order against Defendants for the disgorgement of any and all profits received through the use of the Infringing Map pursuant to applicable law;

5.     An Order requiring Defendants to pay Plaintiff for the costs of this action, including reasonable attorneys' fees pursuant to applicable law;

6.     Pre-judgment interest on any amounts awarded at the maximum legal rate as permitted by law and equity; and

7.     A preliminary and permanent injunction, enjoining and prohibiting Defendants and any of their officers, directors, employees, agents, subsidiaries, distributors, dealers, and all persons in active concert or participation with any of them from:

A.     Copying, reproducing, duplicating, disseminating, distributing, or using infringing copies of the Copyrighted Map, or any design or work substantially similar to the Copyrighted Map;

B.     Infringing on Plaintiff's Copyrighted Map;

C.     Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (A) and (B) above;

8.     An Order requiring Defendants to deliver to Plaintiff for destruction any and all materials embodying or containing unauthorized copying of the Copyrighted Map;

9.      An Order that all Infringing Maps be recalled, seized, impounded and destroyed;

10.      An Order requiring the deletion or removal of the Infringing Map from any and all Internet websites, social media, displays, and any other accounts;

11.      Any other and further relief as the Court deems appropriate, proper and just.

## ON THE SECOND CLAIM

1.      An Order finding that Plaintiff's copyright registration for the Copyrighted Map is valid and enforceable;

2.      An Order finding that Defendants' Infringing Map infringes on the Copyrighted Map;

3.      Any other or further relief that the Court deems appropriate, proper, and just.

## ON THE THIRD CLAIM

1.      An Order finding that Defendant Paulin intentionally interfered with the prospective economic advantage that Plaintiff had in its relationship with GRF;

2.      An Order requiring Defendants to pay compensatory, actual, and punitive damages pursuant to applicable law in an amount to be determined at trial; and

Complaint

3.      Any other or further relief that the Court deems appropriate, proper, and just.

DATED: January 25, 2023                    Respectfully Submitted,
                                           **THE PATEL LAW FIRM, P.C.**

                                           Natu J. Patel
                                           Daniel H. Ngai
                                           Attorneys for Plaintiff
                                           Farmer Publications, Inc.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff Farmer Publications, Inc. hereby demands a trial by jury on all issues triable by jury.

DATED: January 25, 2023

Respectfully Submitted,
**THE PATEL LAW FIRM, P.C.**

Natu J. Patel
Daniel H. Ngai
Attorneys for Plaintiff
Farmer Publications, Inc.

# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-220-098**

**Effective Date of Registration:**
February 18, 2020
**Registration Decision Date:**
October 26, 2020

## Title

**Title of Work:**  Laguna Woods Village Community Map

## Completion/Publication

**Year of Completion:**  2019
**Date of 1st Publication:**  March 15, 2019
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Farmer Publications, Inc.
**Author Created:**  2-D artwork, map
**Work made for hire:**  Yes
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Farmer Publications, Inc.
P.O. Box 7058, Laguna Niguel, CA, 92607, United States

## Limitation of copyright claim

**Material excluded from this claim:**  map, Pre-existing material: Street names, community boundaries, and locations referenced from pre-existing maps in the public domain, Thomas Guide maps, maps in utility phone books, and maps in visitor magazines; and CAD map from Leisure World from the 1990s. Additional Materials Disclaimed: All photographs, artwork, and text contained in the advertisements surrounding the subject map

**New material included in claim:**  2-D artwork, map, New cartographic drawings and compilations; Cul-de-sac information and descriptions; Updates and revisions to map and text

## Certification

|  |  |
|---|---|
| **Name:** | Clare Tjelmeland |
| **Date:** | February 13, 2020 |
| **Applicant's Tracking Number:** | F050-1000 |














A little help. A big difference.

Assisted living services at SRG senior living communities are about the whole family and the whole you.

But the best part? When you need a little help or a lot, the difference you'll feel will be amazing. Please call your nearest SRG community to schedule your complimentary lunch & tour.

**Independent & Assisted Living Memory Care**
La Vida at Mission Viejo · 949.665.1533
27783 Center Drive · Mission Viejo

Las Palmas · 949.582.1144
24961 Calle Aragon · Laguna Woods

**Independent & Assisted Living**
The Regency · 949.441.4264
24241 Avenida De La Carlota · Laguna Woods

The Wellington · 949.377.0292
24903 Moulton Parkway · Laguna Woods

SRGseniorliving.com

## STREET DIRECTORY

Algaroba...........................B-4
Alta Vista.........................D-4, D-5
Avenida Carmel..............G-6
Avenida Castilla..............G-5, H-7
Avenida de la Carlota......H-1, J-4
Avenida Del Sol..............B-3, C-2
Avenida Despacio............B-2, B-3
Avenida Majorca..............H-3, J-7
Avenida Sevilla................G-3, J-9
Avenida Sosiega..............B-3, B-4
Avenida Sosiega West.....B-7, B-8
Bahia Blanca East...........B-4, B-8
Bahia Blanca West..........A-4, B-7
Belmes...........................C-3
Brazo.............................B-2, B-3
Cabildo..........................B-4
Calle Aragon....................H-5, H-9
Calle Azul.......................A-4, B-5
Calle Cadiz......................H-6, H-8
Calle Carmenita..............C-5, D-5
Calle Corta......................B-8, C-8
Calle Cortez....................C-4
Calle de La Plata.............J-5
Calle de La Louisa...........L-6
Calle los Caballeros........J-6
Calle Pico.......................D-4
Calle Sonora...................D-4, E-5,6,7
Calle Sonora Este...........D-7, E-8
Calle Sonora Oeste.........D-8 E-7
Calzado..........................C-3
Cantante.........................B-2
Duenas...........................B-2, C-2
Duverney........................B-3
El Toro Road....................B-9, I-4
Elvira..............................B-2, C-2
Jardin.............................B-3
Laguna Hills Road............I-11, J-10
Luz Del Sol.....................B-7, B-8
Magdalena.....................I-6

Membro..........................B-4
Monte Hermoso..............B-6
Moulton Parkway.............E-1, H-11
Moya.............................C1, C-2
Olvera...........................B-3
Paseo de Valencia..........I-3, J-10
Paseo Del Lago East......C-3,4,5, D-6
Paseo Del Lago West.....C-3,4,5,6
Pina...............................B-1, B-2
Punta Alta......................B-4, B-6
Rayo Del Sol..................B-7, B-8
Ridge Route Drive..........C-1, H-1
Ronda Granada...............H-3, I-3
Ronda Mendoza.............J-7
Ronda Sevilla.................I-10, I-11
San Amadeo...................B7, C6
Santa Maria Avenue........B-3, E-2
Santa Vittoria Drive........C-1, C-3
Terso..............................B-3
Via Alhambra..................J-6, J-9
Via Buena Vista...............D-4, D-5
Via Campo Verde............F-6
Via Carrizo.....................B-6, B-8
Via Castilla.....................H-6
Via Del Faro...................C-5
Via Dicha.......................B-7, B-8
Via Estrada....................H-6, I-8
Via Iglesia......................G-7, G-8
Via La Mesa...................B-8
Via Los Altos..................J-8, J-10
Via Mariposa East..........G-2, H-4
Via Mariposa West.........G-2, G-4
Via Serena North............D-3
Via Serena South............D-4, D-6
Via Vista.........................D-3, D-4
Vista Del Mando.............B-2

Golden Rain Foundation accepts no responsibility for the content or accuracy of information in the paid advertisements, and does not endorse any product or service advertised.
Copyright © 2019 All Rights Reserved Map Design Created & Published by Gardner Publications
949-643-3322. Reproduction of this map or any portion therein constitutes copyright infringement.



HELPING PEOPLE FIND THEIR WAY HOME!
Specializing in Laguna Woods Purchasing or Selling!
SENIOR SPECIALISTS
Current Residents of Laguna Woods
WARREN HOFFMAN   MARIA SILVA, MBA
(949) 280-4263   (949) 939-1444
Laguna Premier Realty Inc.

EXPERIENCE BETTER HEARING
Call today to schedule your appointment and receive the Secure 4-Year Warranty FREE with purchase, along with a FREE hearing consultation!
CALL US TODAY! 949-215-0741
soundwavehearing.com



TOGETHER WE'RE UNSTOPPABLE
hoag
This is the best chapter of your life. Make sure you have the best health network. With Hoag Medical Group, you'll have access to Medicare education and nationally-recognized doctors and specialists right here in Orange County. Join Hoag. Together we're unstoppable.
Visit JoinHoag.org or call 800-400-4524

Made in the Shade
BLINDS · SHADES · SHUTTERS · DRAPERIES
Temecula Valley
Call Today!
949-293-9335
MadeintheShadeTV.com
RESIDENTIAL & COMMERCIAL

Jennifer Falconer
Buying or Selling
Contact Me Today!
JenniferRealtor.com
FREE Property Evaluation
949-278-1630
CENTURY 21
2018 CENTURION AWARD

South Coast RESTORATION, INC. Construction Services
• Kitchen & Bath Remodels
• Flooring & Paint
• Crown Molding & Baseboards
• Electrical & Plumbing
• Complete Remodels
• Drywall & Acoustic Removal
• Asbestos Testing & Removal
• Water – Mold – Fire Damage
Your Approved Vendor for Laguna Woods Village
800-792-4453
OCMscr@yahoo.com   Lic. #0743948


The Next Generation in Laguna Woods Village Real Estate!
Beth Coombs, Realtor
949-922-5993
BethCoombs@gmail.com
CENTURY 21
Rainbow Realty
DRE#01360642


Help With All Your Real Estate Needs
BUYING • SELLING • RENTING
We Make It Simple...Old Fashioned Values
Honestly, Integrity, Purpose, Respect & Service
Utilizing Today's Technology
949.363.0901
Village REAL ESTATE SERVICES
Marlene Bridges Independent Broker/Owner DRE 01332609
24365 El Toro Rd. Suite B • Laguna Woods, CA 92637


Laguna Woods Village Specialist
Kitty Platt
Broker Associate
949-306-7740
KittyPlatt@hotmail.com
Considering buying or selling your home?
Call for a complimentary market evaluation of your property.
CALL KITTY FOR RESULTS
CENTURY 21
Rainbow Realty
Let me assist you with my knowledge of Laguna Woods Village!


TIME FOR A GRAND ADVENTURE!
OC BUS MOBILE
GET TWO FREE BUS PASSES AND RIDER KIT!
OCbus.com/Mobile
OCTA



RETIREMENT SENIOR LIVING
San Clemente Villas BY THE SEA
• Assisted Living
• Memory Care
(949) 489-3400
660 Camino de los Mares
San Clemente, CA 92673
www.sanclementevillas.com

Your Laguna Woods Specialist
PENNIE LEVERS
Helping Buyers and Sellers Making Real Estate Real Easy
949.463.1063
www.PennieLevers.com
LeversPennie@gmail.com
CENTURY 21

YOUR CATARACT SURGERY EXPERTS
ATLANTIS EYECARE
OPHTHALMOLOGY SPECIALISTS INCLUDING:
• Cataract Specialist
• Glaucoma Specialist
• Retina Specialist
• Cornea Specialist
• Pediatric Specialist
• Lasik • Optometry & Optical
MULTI-SPECIALTY EYE CARE GROUP
Dwayne Logan, M.D.
Lydia Bañuelos, M.D.
Claudia Collins, O.D.
(949) 581-1770
www.AtlantisEyecare.com
23921 Paseo de Valencia, Ste. 305 • Laguna Hills



CART MART We Move You!
• Golf Carts, Parts & Service
• Sales • Parts
• Rentals
Since 1959
Open Mon-Fri 8-5
www.cartmart.com
Club Car
24366 Swartz Ave
Lake Forest
(949) 597-2094

SONUS hearing care
CUSTOMIZED HEARING HELP FOR EVERY LIFESTYLE & BUDGET
Call (949) 627-8869 for your FREE hearing test!
SONUS SERVICES:
• Hearing Aid Sales, Service & Repairs
• Most Major Manufacturers
• Audiology Services – No Sales Pressure
• Most Insurances Accepted
• Financing Options Available
75 DAY
24005 Moulton Pkwy., Suite B-1
Laguna Hills, CA 92653






Laguna Woods Village
2019/2020 Community Map

Marilyn Tyson
Senior Real Estate Specialist!
Put your trust in a Laguna Woods Resident
949-403-0524
SRES   HomeSmart EVERGREEN REALTY
High Quality Healthcare Right in Your Neighborhood
MemorialCare
Saddleback Medical Center
Established in 1974 by the Laguna Woods community, Saddleback Medical Center offers some of the most advanced technology and medical expertise in Orange County, including oncology, cardiovascular, neurological, orthopedic and women's specialty programs, as well as 24/7 emergency services.


HelpingSeniorsMoveForward.com
Gary Peterson
949-689-4387
Laguna Woods Resident with local knowledge to help you move forward
CENTURY 21
Rainbow Realty

## STREET DIRECTORY — Manor Numbers

Manor Number / Cul-De-Sac / Map Grid listings (Kitty Platt / Laguna Woods Village Specialist columns)

# Exhibit 2



**GOLDEN RAIN FOUNDATION** *of* **LAGUNA WOODS**

## OPEN MEETING
### THE GOLDEN RAIN FOUNDATION
### MEDIA AND COMMUNICATIONS COMMITTEE
Monday, May 20, 2019, at 1:30 p.m.
Laguna Woods Village Community Center, Board Room
24351 El Toro Road, Laguna Woods, CA 92637

## REPORT

| | |
|---|---|
| **MEMBERS PRESENT:** | Chair Joan Milliman, Directors Roy Bruninghaus, Pat English, Annette Sabol Soule, Maggie Blackwell, Lynn Jarrett, Elsie Addington, Adviser Steve Carman and Adviser Sheila Bialka |
| **MEMBERS ABSENT:** | Director Ryna Rothberg and Adviser Lucy Parker |
| **OTHERS PRESENT:** | Rosemarie diLorenzo—Third, Cush Bhada—Third, Annie McCary—Third, Juanita Skillman—United, and Diane Phelps—GRF |
| **STAFF PRESENT:** | Eileen Paulin, Chuck Holland, Paul Ortiz, Ellyce Rothrock and Becky Jackson |

1. **Call to Order**
   Chair Joan Milliman called the meeting to order at 1:31 p.m.

2. **Acknowledgement of Media**
   Paul Ortiz from Village Television was present.

3. **Approval of the Agenda**
   Agenda was approved.

4. **Approval of Meeting Report from April 15, 2019**
   Report was approved.

5. **Chair's Remarks**
   Chair Milliman welcomed everyone.

6. **Member Comments (Items not on the Agenda)**
   Doug Rook (30-F) was called to speak. Mr. Rook discussed a power outage that occurred at culs de sac 30 and 43. When he spoke with Southern California Edison, he was advised that the utility did not want Residents to be notified or want VMS involved in notifying Residents.

Eileen Paulin commented on Mr. Rook's statement and referred to previous What's Up in the Village articles that outline what Residents can do in a power outage and agreed to rerun said article(s). She also stated that SCE sends mailings to Residents.

Juanita Skillman would like to have the Disaster Preparedness Task Force and Good Neighbor Captains involved in informing and helping Residents during power outages.

Chair Milliman asked Ms. Paulin to follow up with notifications.

7.  **Director's and Staff Forum**
    None.

**REPORTS:**

8.  **Broadband and Contracts Report—Chuck Holland**
    Chuck Holland suggested Residents visit SCE website and subscribe to alerts.

    Mr. Holland reported on the removal of the Channel 3 guide. The next option is a DTA or iGuide. He discussed the presentation of standard-definition and high-definition channels and the difference in quality and stated that eventually all will be moved to HD channels. Since the removal of analog, there has been a 16% reduction in energy usage. He brought the Committee's attention to the contracts—especially Fox Sports Net and Fox Sports Net West—with an estimated increase of 25% or 40% of the programming cost.

    Mr. Holland reported that since analog has been dropped, the number of digital subscribers has increased and added more set-top boxes. Residents whose televisions are plugged directly into the wall have to scan channels frequently.

    Mr. Holland gave financials on the first quarter, which included nonassessment revenues, Broadband Services, employee compensations, materials and supplies, utilities, legal fees, outside services, repairs and maintenance, operating expenses, property and sales tax, cable programming, copyright, franchise and uncollectible accounts. Costs were not anticipated to cover the additional set-top boxes, and therefore put us over budget.

    Chair Milliman made a motion for Mr. Holland to create a Staff Report to propose not to renew the two Fox Sports Channels.

    Motion to recommend not to renew the Fox Sports Channels was seconded and passed by one vote.

    Mr. Holland will create the Staff Report for the June agenda. Mr. Holland will include alternative channel sources.

9.  **Marketing and Communications Report-Eileen Paulin**
    Ms. Paulin reported on gate closures and notices, docent program and feedback, new resident orientation, emails, notifications, the What's Up in the Village format, infographic flyer on how to navigate the Village website, trash campaign and all the events that

2

MarComm has been working on. She discussed how each member of Staff has been assigned to each department to assist with communications.

Director Maggie Blackwell mentioned an incorrect article in the Register regarding United Mutual financing.

Ms. Paulin replied that the following actions were taken:

- President of United sent a letter of correction to the writer.
- Letter was copied and sent to two parties quoted in the article.
- The President of United submitted a letter to the editor of The Globe correcting the misinformation.
- MarComm staff submitted an article to The Globe stating the facts. It was run in the Thursday, May 23, 2019. edition.

Adviser Steve Carman asked to improve the search engine on the website.

Ms. Paulin described how the search engine will be improved through the new format of What's Up in the Village.

Ms. Paulin presented the phone book published by private companies and suggested that they be taken out of Central Services and not be distributed anymore. Chair Milliman tasked Ms. Paulin to follow up with the phone companies.

**ITEMS FOR DISCUSSION AND CONSIDERATION:**

**ITEMS FOR FUTURE AGENDAS:**

**CONCLUDING BUSINESS:**
10. **Committee Member Comments**
    None.

11. **Date of Next Meeting—Monday, June 17, 2019, 1:30 p.m. in the Board Room**

12. **Adjournment**
    Meeting was adjourned at 3:14 p.m.

Joan Milliman, Chair
Media and Communications Committee

3



**GOLDEN RAIN FOUNDATION** *of* **LAGUNA WOODS**

OPEN MEETING
THE GOLDEN RAIN FOUNDATION
MEDIA AND COMMUNICATIONS COMMITTEE
Monday, August 19, 2019, at 1:30 p.m.
Laguna Woods Village Community Center, Board Room
24351 El Toro Road, Laguna Woods, CA 92637

REPORT

**MEMBERS PRESENT:**     Chair Joan Milliman, Directors Annie McCary, Pat English, Annette Sabol Soule, Maggie Blackwell, Roy Bruninghaus, Elsie Addington, Ryna Rothberg, Advisers Steve Carman, Sheila Bialka and Lucy Parker

**MEMBERS ABSENT:**      None.

**OTHERS PRESENT:**      Juanita Skillman - United, Lynn Jarrett - Third, Richard Rader - VMS and Diane Phelps - GRF

**STAFF PRESENT:**       Eileen Paulin, Chuck Holland, Jackie Brown and Becky Jackson

1. **Call to Order**
   Chair Joan Milliman called the meeting to order at 1:32 p.m.

2. **Acknowledgement of Media**
   Paul Ortiz from Village Television was present.

3. **Approval of the Agenda**
   Agenda was approved.

4. **Approval of Meeting Report from July 15, 2019**
   Report was approved.

5. **Chair's Remarks**
   Chair Milliman welcomed everyone and stated that the goals of the Media and Communications Committee are to get it out, to get it in, keep it clear and to keep it going. She also stated that the rules were meant for good and for everyone's protection, reiterating the mission to help find and communicate the rules.

6. **Member Comments (Items not on the Agenda)**
   Diane Phelps (5587-A) was called to speak and reported that several residents had come to her with ideas for revenue. Ms. Phelps suggested a monthly forum from each mutual be published. She also inquired about the deletion of the Pickleball Club website.

Eileen Paulin reported the website deletion occurred when the webmaster received direction from Recreation to do so. IT is working to restore the site.

## 7.    Director's and Staff Forum

**REPORTS:**
## 8.    Broadband and Contracts Report - Chuck Holland

Chuck Holland described Village Television as a standalone channel, cable services and West Coast Internet with 9,920 subscribers. After describing the services, he provided a PowerPoint presentation with plans to increase bandwidth and a proposal to extend the contract currently in place in order to update the equipment. The presentation included:

Contract highlights:
- Multiyear contract with automatic renewal every five years
- Revenue split roughly 54/46 in favor of West Coast Internet
- 90-day termination for cause by either party

Service level agreement:
- Peak hours 5 p.m. - 1:59 a.m. - 99% uptime
- Off-peak hours 2 a.m.- 4:59 a.m. - 98% uptime
- Lengths of Contracts: Term 1: 2014-2021, Term 2: 2021-2026, Term 3: 2026-2031 and Term: 4 2031-2036

Service rates:
- Cable modem - $65 (tax included)
- Modem installation - $20
- Reactivation fee - $20
- Modem and standalone wireless router - $225 (tax/installation included)

Proposed $2 per subscriber monthly fee increase:
- Tier 1: $23.50 for 15MB to $25.50 for 25MB
- Tier 2: $28.50 for 30MB to $30.50 for 50MB
- Tier 3: $38.50 for 50MB to $40.50 for 75MB
- Tier 4: $48.75 for 100MB to $51.75 for 150MB

Mr. Holland proposed a marketing campaign to introduce the benefits of increasing the speed, which will include TV commercials and email.

Chair Milliman put it up for a straw vote and it passed unanimously. It will be presented before the committee Monday, September 16, 2019, with a staff report for an official vote.

Mr. Holland continued with the contract extension highlights:
West Coast Internet is willing to invest approximately $350k in head-end infrastructure

updates to future-proof internet services with the ultimate goal of providing up to 1GB internet speed by 2025. This does not include the outside cable infrastructure improvements that VMS staff is preparing to "split the nodes" and improve network capacity for 1GB speed.

Mr. Holland will put together a staff report for the committee Monday, September 16, 2019, describing the budget on splitting the nodes and extending the contract with West Coast Internet.

Mr. Holland provided his regular staff report, which included:
• 2019 contract renewals year-to-date
• 2019 subscriber counts year-to-date
• Proforma Broadband services summary of operations, which includes merchandise sales, clubhouse rentals, broadband services, miscellaneous revenue, employee compensation, compensation-related expenses, materials and supplies, utilities, legal fees, outside services, repairs and maintenance, operating expenses, property and sales taxes, cable programming, copyright fees, franchise fees and noncollectable accounts.

9.    **Marketing and Communications Report - Eileen Paulin**
Ms. Paulin reported that both the Eblast and Recreation Event Calendar formats drive traffic to the website. She also described cost savings. She briefed the committee on docent tours, new resident orientations, workflow, iContact, CodeRED data entry and the transfer of the webmaster to in-house. Ms. Paulin covered the messages and topics that MarComm worked on in July, including:

• Organized and publicized an informational meeting about coyote awareness and safety presented by David Pietarila, animal services officer with the City of Laguna Beach.
• Informed residents how to report bee swarms and coyote sightings.
• Publicized the Village's response to July 4 and 5 earthquakes.
• Notified residents about planned slope maintenance work in Third and United.
• Informed residents about new bocce ball shades installed on courtside benches.
• Publicized GRF meeting to explore alternative shared-cost models and revenue sources.
• Educated residents about United States Census Bureau field representatives in the Village.
• Promoted upcoming Recreation bus excursions and new reservation system.
• Publicized current bus route informational meeting.
• Reminded residents not to feed wild animals in the Village.
• Publicized the City of Laguna Woods dog park grand reopening.
• Reported about Blaze, the honorary equine centenarian.
• Informed residents about El Toro Water District's upcoming planned retrofit construction.
• Publicized the Orange County Sheriff's Department Coffee with a Cop event.
• Kept residents informed about ongoing gate construction, including adjusted hours and

maps of alternate gates.
- Hosted Assemblywoman Cottie Petrie-Norris for tour of the Village.
- Reported on the Village Library's 2019 Volunteer Appreciation Party.
- Publicized Third Mutual's 2020 Exterior Paint Palette.
- Promoted the PAC 2019 Celebrity Series.
- Publicized board of directors' elections for Third and United.
- Kept residents apprised of pool maintenance closures and pool schedules via community-wide communications channels, as well as targeted email blasts to frequent pool users.

10.  **Unauthorized Distribution of Publications and Marketing Materials - Eileen Paulin**
Ms. Paulin described GRF Resolution 90-15-17 and reported it has not been enforced, especially when it comes to outside phone books. She discussed the recommendations in her staff report. Ms. Paulin stated that MarComm is working on replacing the map that is distributed in Farmer's phone book.

Director Pat English asked about unsolicited junk mail.

Ms. Paulin suggested the National Clearing House.

Director Elsie Addington asked if the map will have golf cart routes on it and suggested having an in-house phonebook. She mentioned the unauthorized advertisements in the laundry rooms.

After discussion, Director Addington moved that staff further investigate how to enforce resolution 90-15-17 and come back to the committee with a recommendation. Seconded by Director Pat English. Motion passed 6-0, with one abstaining.

**ITEMS FOR DISCUSSION AND CONSIDERATION:**

**ITEMS FOR FUTURE AGENDAS:**
- Globe newspaper
- West Coast speed increase
- West Coast internet contract

**CONCLUDING BUSINESS:**
10.  **Committee Member Comments**
Adviser Lucy Parker commented that it was an interesting meeting.

Adviser Steve Carman commented it was a good meeting.

Chair Milliman thanked everyone.

11.    **Date of Next Meeting - Monday, September 16, 2019, 1:30 p.m. in the Board Room**

12.    **Adjournment**
        Meeting was adjourned at 3:38 p.m.

Joan Milliman, Chair
Media and Communications Committee



# STAFF REPORT

---

**DATE:**     August 19, 2019
**FOR:**      GRF Media and Communications Committee
**SUBJECT:**  Unauthorized Distribution of Publications and Marketing Materials

---

## RECOMMENDATION

That GRF Resolution 90-15-17 be enforced immediately, including taking the following actions:

1. A letter be sent to the publishers of two separate telephone books from the GRF attorney alerting them to the enforcement of the resolution.
2. All telephone books, Community maps and marketing material in the possession of VMS Staff be destroyed.
3. All Staff be educated and trained to know that only the official GRF community map be distributed to Residents and other interested parties.
4. Security Department and the Compliance Division be educated and actively enforce this resolution.

## BACKGROUND

Distribution of publications and marketing materials inside of Laguna Woods Village without prior written permission is prohibited. This applies to all materials, including telephone books, community maps and issues of community newspapers. Unfortunately, various publishers and entities have been ignoring this policy and enforcement has been lax.

## DISCUSSION

No unauthorized materials or publications are to be distributed by staff of Village Management Services. This includes gate ambassadors, concierge staff at the Community Center and any member of staff who interacts with residents. Materials and publications that receive clearance for distribution must be specifically subscribed to by a resident. Proof of subscription must be verified.

The reasons for this resolution include:

1. To provide privacy and protection to residents that is challenged by unsolicited materials being left at manors, and the potential security risk of unauthorized people within the community.
2. To prevent distribution of inaccurate and outdated information about Village services.
3. To prevent litter in the community.

Golden Rain Foundation of Laguna Woods
Media and Communications Committee
August 19, 2019
Page 2

**FINANCIAL ANALYSIS**

None.

**Prepared By:**        Eileen Paulin, Marketing and Communications Manager

**ATTACHMENT(S)**
Attachment 1: Resolution 90-15-17

**ADOPTED OCTOBER 1983, Resolution G-83-47**
**REVISED JULY 1998, Resolution G-98-55**
**REVISED MARCH 2015, Resolution 90-15-17**

**Distribution of Publications by Non-Residents of Laguna Woods**
**Village within Laguna Woods Village**

**WHEREAS**, Golden Rain Foundation of Laguna Woods ("GRF") adopted a policy applicable to the distribution of all First Amendment publications within Laguna Woods Village by non-residents; and

**WHEREAS**, GRF's Board of Directors has determined that it is appropriate that said policy be updated and revised;

**NOW THEREFORE BE IT RESOLVED**, that on March 3, 2015 the Board of Directors of this corporation hereby adopts the following policy for the distribution of publications by non-residents of Laguna Woods Village within Laguna Woods Village:

Distribution of unsolicited ~~materials~~ **publications** by non-residents is strictly prohibited.    Only ~~materials~~ **publications** specifically requested by resident(s) may be distributed to said resident(s).

Any non-resident individual or entity (the "Applicant") wishing to distribute publications within Laguna Woods Village shall complete and submit the Application for Pass(es) to Distribute Publications, obtain a Gate Entry Pass allowing entry for distribution, and comply with all applicable rules.   The applicant shall provide the following information:

1.        A subscriber list showing names and addresses of residents who have solicited the publication.

2.        The name of the individual or entity intending to distribute such publication within Laguna Woods Village;

Golden Rain Foundation of Laguna Woods
Media and Communications Committee
August 19, 2019
Page 3

3.    The address, phone number, fax number, e-mail address, and other pertinent identifying information so as to permit contact with the Applicant;

4.    A brief description of the publication to be distributed, sufficient to allow GRF to determine if the publication that is actually distributed is the same publication described in the Application;

5.    A brief statement as to the date(s) and frequency with which the Applicant intends to deliver its publication;

6.    A statement to be executed by the Applicant pursuant to which the Applicant acknowledges that he, she, or it will be responsible for all acts of its employee or agents while they are distributing the publication on behalf of the Applicant within Laguna Woods Village, as well as agreeing to abide and be bound by all applicable Laguna Woods Village rules regarding distribution of publications (which is set forth on the reverse side of the Application);

7.    An Acknowledgment by the Applicant that it shall only be entitled to distribute its publication following approval of Applicant's Application and the issuance of a Gate Entry Pass by GRF's managing agent.  The application shall further state the Applicant shall be required to produce a Gate Entry Pass to Security personnel prior to gaining access to the Laguna Woods Village community.

**RESOLVED FURTHER**, that the basic rules for which all of the Applications shall be required to follow shall be as follows:

a.    While on the premises of Laguna Woods Village, knocking on doors, business solicitation, or other behavior which intrudes on the privacy of Laguna Woods Village residents is prohibited.

b.    Door-to-door distribution of ***solicited*** publications shall be permitted, so long as residents are not disturbed.

c.    ~~Material~~ ***Publications*** that ~~is~~ ***are*** distributed door-to-door may only be left on the surface of the thresholds of front doors. ~~Material~~ ***Publications*** may not be hung from doorknobs.

d.    The Applicant, its employees or agents must bring and present the Gate Entry Pass to Security personnel prior to gaining access to the Laguna Woods Village community.

Golden Rain Foundation of Laguna Woods
Media and Communications Committee
August 19, 2019
Page 4

**RESOLVED FURTHER**, this resolution shall in no way restrict legitimate distribution of political and/or campaign related ~~material~~ ***publication***; and

**RESOLVED FURTHER**, that Resolution number G-98-55, dated July 7, 1998, is hereby superseded and all previous distribution policies are void; and

**RESOLVED FURTHER**, that the officers and agents of this Corporation are directed on behalf of the Corporation to carry out this resolution.



GOLDEN RAIN FOUNDATION
of LAGUNA WOODS

<u>OPEN MEETING</u>
THE GOLDEN RAIN FOUNDATION
MEDIA AND COMMUNICATIONS COMMITTEE
Monday, September 16, 2019, at 1:30 p.m.
Laguna Woods Village Community Center, Board Room
24351 El Toro Road, Laguna Woods, CA 92637

<u>REPORT</u>

**MEMBERS PRESENT:**    Chair Joan Milliman, Directors Annie McCary, Pat English, Annette Sabol Soule, Maggie Blackwell, Lynn Jarrett, Juanita Skillman, Ryna Rothberg, Advisers Steve Carman, Sheila Bialka and Lucy Parker

**MEMBERS ABSENT:**    None.

**OTHERS PRESENT:**    Richard Rader - VMS

**STAFF PRESENT:**    Eileen Paulin, Chuck Holland, and Becky Jackson

1. **Call to Order**
   Chair Joan Milliman called the meeting to order at 1:31 p.m.

2. **Acknowledgement of Media**
   Paul Ortiz from Village Television was present.

3. **Approval of the Agenda**
   Agenda was approved with changing the reporting of agenda item number 9 before 8.

4. **Approval of Meeting Report from August 19, 2019**
   Report was approved.

5. **Chair's Remarks**
   Chair Milliman welcomed everyone.

6. **Member Comments (Items not on the Agenda)**
   David Kohn 367-N was called to speak asked about Country Classics being on different channels and it being moved around. Consider adding one or two more new channels: News Max and One American News Channel.

7. **Director's and Staff Forum**
   Chuck Holland explained Mr. Kohn's troubles are due to not having a set top box. Mr. Holland explained that the only way to solve the issue is to have a digital device.

   In regards to the news channel he will get Mr. Kohn's information he will do the leg work

to see if he is able to get the channels. One America News Network and News Max.

## REPORTS:
**8.    Broadband and Contracts Report - Chuck Holland**

Mr. Holland gave a report on DwellingLive and the amount of calls that Resident Services are receiving. He reported that Fox Sports channel went off for four hours on Sunday and there was only one phone call received. He stated that the annual collection policy will be sent out in the annual mailer in November 2019.

Mr. Holland explained that the contracts with West Coast Internet are on hold until he is able to explore other broadband groups per the direction of GRF. He is currently working with an outside contractor to inventory what we have to determine what would be the best outcome for the Village.

Mr. Holland gave his regular report on Contract Renewals, Subscriber Counts, and Summary of Operations. Summary of Operations include: revenues, broadband services, employee compensation, materials and supplies, utilities, legal fees, outside services, repairs and maintenance, property and sales tax, cable programming, copyright, franchise, and uncollectible accounts.

**9.    Marketing and Communications Report - Eileen Paulin**

Eileen Paulin reported on Marketing and Communications Report which included giving the committee an update of the new responsibilities taken by the MarComm Department.

Staff was directed to provide reports on New Resident Orientation and Docent Tours as to cost and see if they can be conducted less frequently.

Eileen Paulin reported on the phone books and stated that they are not in compliance and there is also a competitive phone book.

Ms Paulin will work with Tim Moy, Chair Milliman, Mr. Holland and Director Annette Soule to reach out to Farmer's Publication about updating them on the policy.

Ms. Paulin introduced the Power Point Presentation that she presented before VMS board. Which included improvements in communications through various platforms:
- What's Up in the Village
- Village Breeze
- Newsletters, calendars and event promotions
- Flyers, calendars and posters

Electronic Communications:
- Increased subscribers to more than three-quarters of residents.
- Stellar further customized to be able to quickly target and deploy emails to residents affected by unscheduled elevator or power outages, facility closures, etc.
- Regular posting of Village news and club events to the website; also generating current chyron (crawl) messaging on TV6.

Goals of improving the website:
- Searchability
- Platform change
- Resident information behind portal
- Village-wide training sessions

Collaboration with Village Television:
- Coordinating programming to assure concise, consistent   messages to residents
- Preplanning all staff and board member presentations to assure messaging consistency

The new platform for the Village Breeze
- All the information you need to live in the Village delivered to your mailbox – six times a year
- Bi-monthly 64-page magazine
- Four-color, coated cover
- Recreation events and classes
- Pool and Fitness Center schedules
- Community Map (pull out)
- Transportation information
- Alterations, Landscape, Maintenance, Security, Social Services, Resident Services updates
- Important Village phone numbers
- Information from VMS staff and board directors
- Helpful articles

**ITEMS FOR DISCUSSION AND CONSIDERATION:**

**ITEMS FOR FUTURE AGENDAS:**
Report on the Phone book

**CONCLUDING BUSINESS:**
**10.    Committee Member Comments**
Adviser Sheila Bialka hopes to get the phone book situation straightened out.

Adviser Lucy Parker commented it was a good meeting and would like to have the Breeze six times a year.

Adviser Steve Carmen commented it was an excellent meeting and addressed Mr. Holland to have the streaming options with the removal of Fox. It would be good to communicate the suggestions on how to stream these through You Tube.

Director Ryna Rothberg commented it was an interesting meeting and hopes to work something out with Farmers Publications.

Director Juanita Skillman stated looking at what we are doing in these meetings is interesting.

Page 3 of 4

Director Maggie Blackwell thanked everyone for a good meeting.

Director Soule stated she is glad to be on the committee and thanked staff for all the hard work they do.

Director Pat English thanked Chair Milliman for a very good meeting. She would like to put the telephone books to rest.
Director Lynn Jarrett commented on CEO Jeff Parker coming out to the Garden Villa meeting to talk about technology.

Director Annie McCary stated it was a good meeting.

Mr. Holland stated it has been interesting to present numbers with things changing.

Chair Milliman thanked everyone and finds herself becoming an expert on streaming.

11.   **Date of Next Meeting - Monday, October 21, 2019, 1:30 p.m. in the Board Room**

12.   **Adjournment**
      Meeting was adjourned at 3:24 p.m.

                                    Joan Milliman, Chair
                                    Media and Communications Committee

# Exhibit 3



# THE NEW
# VILLAGE BREEZE

**FEBRUARY/MARCH 2020**

# THE OFFICIAL MAGAZINE
# OF LAGUNA WOODS VILLAGE

## IN EVERY ISSUE

Recreation **+** Transportation **+** News **+** Services **+** More!

# welcome to the new

# VILLAGE BREEZE

## Your comprehensive information resource to Village life



**In your hands is something** that some modern-day media experts say is antiquated: a magazine, ink to paper, printed, bound and delivered to your home. But as a self-professed contrarian, I say print is not dead, and this publication rounds out our communications program quite nicely when used in tandem with other platforms.

Historically, the Department of Media and Communications used digital communication, flyers, newsletters, your Village Television station and social media to keep you informed. We have digital contact with nearly two-thirds of residents. However, considering our demographics and Broadband and internet statistics, we are not reaching all of our audience through digital and television programming alone. After recognizing that a print publication is an essential community builder, the challenge was how to make it happen without increasing costs to residents.

Enter MemorialCare Saddleback Medical Center and MemorialCare Medical Group—the sole healthcare sponsor of this publication. In the mid-1960s, Ross Cortese developed what was then Leisure World Laguna Hills with a vision of easily accessible medical care for residents. Saddleback Hospital and its inclusive health care service centers were founded through the assistance and financial support of the Golden Rain Foundation in 1969. The hospital and medical centers are now a part of MemorialCare, which encompasses many medical centers, physician groups, urgent care facilities and more. MemorialCare Saddleback Medical Center and the Village have grown and matured together. The Village is a world-class 55+ community; the medical center has been named a Best Regional Hospital by U.S. News & World Report and a Becker's Healthcare Top Hospital. Further, it has received the American Heart Association's highest honor for cardiac and stroke care—Gold Plus.

Through this partnership, the Village Breeze will be mailed to your manor six times a year.

Warm regards,

*Eileen Paulin*

**Eileen Paulin**
*Director, Department of Media and Communications*



# VILLAGE BREEZE

## THE OFFICIAL MAGAZINE OF LAGUNA WOODS VILLAGE

### FEBRUARY/MARCH 2020

**CEO:** Jeffrey Parker

**PUBLISHER:** Eileen Paulin

**EDITOR:** Ellyce Rothrock

**PUBLIC RELATIONS AND MEDIA SALES:** Rebecca Jackson

**CONTRIBUTING EDITOR:** Jackie Brown

**ADVISORY BOARD:** Golden Rain Foundation Media and Communications Committee: Annette Sabol Soule, Chair; Elsie Addington; Pat English; Lynn Jarrett; Annie McCary; Beth Perak; Ryna Rothberg; Juanita Skillman; Tom Nash, Advisor; Carmen Pacella, Advisor; Frank Tybor, Advisor

**HOUSING MUTUAL PRESIDENTS:** Bunny Carpenter, GRF Board of Directors; Steve Parsons, Third Laguna Hills Mutual Board of Directors; Sue Margolis, United Laguna Woods Mutual Board of Directors

**VILLAGE BREEZE MAGAZINE:** Published six times a year by the Golden Rain Foundation (GRF) of Laguna Woods Village. ©2020 GRF. The diverse opinions expressed in Village Breeze magazine do not necessarily represent the views of the editors, Village Management Services Inc. management or administration, the GRF Board of Directors or the Village Breeze Advisory Board. Village Breeze magazine welcomes comment from its readers to info@lagunawoodsvillage.com or Village Breeze, 24351 El Toro Road, Laguna Woods, CA 92637.

**EDITORIAL SUBMISSIONS:** Village Breeze content is generated by the GRF Media and Communications Committee, its advisors and the Village Management Services editorial team. The purpose of this publication is to provide important community information in a concise format to the Residents of Laguna Woods Village. A digital edition is available at lagunawoodsvillage.com.

Unsolicited manuscripts and content suggestions are welcome for possible future use in the **VILLAGE BREEZE** or other VMS publications. Acknowledgement of unsolicited manuscripts is in no way a suggestion or guarantee of publication. Submit concise editorial ideas as a one-page letter accompanied by recent writing samples to info@lagunawoodsvillage.com or to Village Breeze, 24351 El Toro Road, Laguna Woods, CA 92637. Include your full name, phone number, email address and manor number. To receive a copy of the Laguna Woods Village Style Guide and editorial guidelines, email info@lagunawoodsvillage.com.

Submissions will not be returned. **VILLAGE BREEZE** reserves the right to edit any and all content for clarity, accuracy, space and tone and correct grammar, spelling and usage. Only Village Breeze staff and its advisors prepare and assign editorial content. No contributor or agent may promise content, or content placement within Village Breeze, to any individual, group, business, organization or entity.

## departments

4   What's Up in the Village

8   Beyond the Gates

10   Your FAQs Answered

11   Resident Services

12   Security

14   Social Services

16   Maintenance & Construction

17   Landscaping

48   Transportation

52   Recreation

64   Then & Now

## for mutual benefit

34   Golden Rain Foundation of Laguna Woods

38   Third Laguna Hills Mutual

42   United Laguna Woods Mutual

46   Village Management Services

47   The Towers







LAGUNA WOODS VILLAGE COMMUNITY STREET MAP







Laguna Woods Village®

© 2020, Laguna Woods Village

# Exhibit 4

# The Patel Law Firm

A Professional Corporation

22952 Mill Creek Drive, Laguna Hills, California 92653
Tel: (949) 955-1077 - Fax: (949) 955-1877
NPatel@thePatelLawFirm.com

December 12, 2022

**Via U.S. Priority Mail and Electronic Mail**
*Tracking No. 9405 5036 9930 0422 3826 22*

Village Management Services, Inc.
c/o Ms. Siobhan Foster, CEO
24351 El Toro Road
Laguna Woods, CA 92637
*Siobhan.Foster@vmsinc.org*

**Re:     Copyright Infringement of Works Owned by Farmer Publications**

Dear Ms. Foster:

We represent Clare Tjelmeland and Farmer Publications, Inc. (collectively, "Farmer Publications"), in connection with the above-referenced matter.  The purpose of this letter is to notify you that Village Management Services, Inc. ("VMS") and Eileen Paulin have infringed, and are continuing to infringe, Farmer Publications' exclusive rights in its copyrighted work entitled "Laguna Woods Village Community Map."  By way of this letter, we hope that you will cooperate with us and facilitate a mutually agreeable resolution to this matter.

As you may know, Farmer Publications is a trusted community resource and publication company which has been serving Southern California for over a quarter-century.  Over the years, Farmer Publications has established tremendous good will and reputation for its exceptional phone directories and community maps for several different senior communities including, but not limited to, Laguna Woods Village ("LWV").

Since as early as 1997, Farmer Publications, through Ms. Tjelmeland, has been fulfilling requests from the Golden Rain Foundation ("GRF") for the creation and provision of maps and phone directories for community use at LWV.  Subsequently, in 2003, GRF asked Farmer Publications to provide an additional community map for their general use.  Ms. Tjelmeland graciously agreed to produce the maps at no cost to the community and successfully supplied GRF with enough maps to meet its distribution needs.

Additionally, from 2011 through 2015, Farmer Publications worked collaboratively with LWV to meticulously refine and perfect the map by updating landmarks (e.g., buildings, gates, golf cart trails, borders, etc.) to accurately reflect real-world positions.  Specifically, the Engineering Department for LWV, along with members of the community, regularly contacted Ms. Tjelmeland to request specific modifications to the map, and Ms. Tjelmeland honored all those requests.  As a result of the diligent efforts and immeasurable resources spent by Ms.

Ms. Siobhan Foster
RE: Copyright Infringement – Demand to Cease and Desist

December 12, 2022

Tjelmeland over the course of several years, Farmer Publications' map of LWV has become a widely recognized and dependable resource for community members and their families.

To protect its investment, Farmer Publications obtained a copyright registration with the U.S. Copyright Office for one of its maps of LWV.  Attached collectively as **Exhibit 1** is a copy of the map along with the Certificate of Registration entitled "Laguna Woods Village Community Map", Registration Number VA 2-220-098 ("Copyrighted Work").  The Copyrighted Work represents a substantial asset to the artistic portfolio and general business value of Farmer Publications.

We are informed and believe that Ms. Paulin, your agent and employee, has been infringing on Farmer Publications' exclusive rights in the Copyrighted Work by and through her unauthorized reproduction of a near-identical map that is (1) published and distributed in your magazine *Village Breeze*, (2) handed out as flyers to residents and visitors throughout the LWV community, and (3) available for download and displayed on your website (https://www.lagunawoodsvillage.com/documents/view/Laguna-Woods-Village-Map.pdf).  It is our understanding that approximately 13,500 copies of the *Village Breeze* are printed and/or distributed to approximately 12,500+ residences on a bi-monthly basis each year.  Since the Infringing Map originally appeared in the February 2020 edition of the *Village Breeze*, and was subsequently included in every edition thereafter, we estimate that there have been about 243,000 instances of infringement of the Copyrighted Work by the Infringing Map, thus making the infringement quite substantial. Attached collectively as **Exhibit 2** is a copy of the infringing map ("Infringing Map") and the cover of the February 2020 edition of the *Village Breeze*.

The misconduct engaged by Ms. Paulin and VMS constitutes copyright infringement because the Infringing Map is practically identical to the Copyrighted Work.  Even a casual comparison reveals that the Infringing Map is a near duplication of the Copyrighted Work, but with a few basic modifications.  Indeed, overlaying a transparency of the Copyrighted Work over the Infringing Map reveals that the two maps match up almost perfectly.  Nearly all the street numbers and cul-de-sac numbers on the Infringing Map line up exactly in the same place with the same font type, and similar font size as the Copyrighted Work.  The possibility of hundreds of street numbers matching almost perfectly in two separate creations is virtually impossible.

We are further informed and believe that Ms. Paulin specifically targeted Farmer Publications during GRF Media and Communications Committee meetings by proposing to terminate the relationship between Farmer Publications and VMS/GRF and stop the distribution of Farmer Publications' maps and phone books within LWV so she could promote the *Village Breeze* beginning in February 2020.  Indeed, publicly available Open Meeting Minutes reveal that since as early as May 2019, Ms. Paulin was systematically requesting the committee to replace Farmer Publications' materials with other resources.  For example:

- "Ms. Paulin presented the phone book published by private companies and suggested that they be taken out of Central Services and not be distributed anymore."  Minutes of May 20, 2019.

Ms. Siobhan Foster
RE: Copyright Infringement – Demand to Cease and Desist

December 12, 2022

- "Ms. Paulin stated that MarComm is working on replacing the map that is distributed in Farmer's phone book."  Minutes of August 19, 2019.

- "All telephone books, Community maps and marketing material in the possession of VMS Staff be destroyed. . . only the official GRF community map be distributed to Residents and other interested parties."  Staff Report of August 19, 2019.

- "Eileen Paulin reported on the phone books and stated that they are not in compliance and there is also a competitive phone book" Minutes of September 16, 2019.

Copies of highlighted excerpts from the Open Meeting Minutes and Staff Report are attached collectively hereto as **Exhibit 3**.

After Ms. Paulin sought to get rid of Farmer Publications and its map and phone book, Ms. Paulin, in her capacity as Publisher of *Village Breeze*, authorized the use of a slightly modified version of the Copyrighted Work (i.e. the Infringing Map) as the centerpiece in the "new" February 2020 edition of the *Village Breeze*.  See Exhibit 2.

Such use of the Copyrighted Work was without Farmer Publications' permission, and constitutes actionable copyright infringement under federal law.  17 U.S.C. §§ 106 and 501.  In addition, Ms. Paulin's conduct also constitutes unfair competition and intentional interference under California law.  Further, VMS is liable for copyright infringement regardless of whether or not it was aware of Ms. Paulin's egregious misconduct, since copyright infringement is a strict liability tort.  *Bell v. Willmott Storage Services, LLC*, 12 F.4th 1065 (2021) *citing* 4 Nimmer on Copyright § 13.08[B][1] (explaining that "the innocent intent of the defendant constitutes no defense to liability.").

Considering Ms. Paulin's well-documented attempts to eliminate Farmer Publications from LWV, and given the obvious similarities between the Infringing Map and the Copyrighted Work, there is no question that Ms. Paulin's infringement was willful, thereby entitling Farmer Publications to statutory damages of up to $150,000 *per instance of infringement*.  17 U.S.C. § 504.  Since there have been at least 17 editions of the *Village Breeze* published since February 2020, with the print count easily exceeding 243,000 total, the statutory damages could realistically reach tens of millions.  In addition, Ms. Paulin's conduct has caused, and continues to cause, substantial and irreparable damage and injury to Farmer Publications including, but not limited to, a substantial decrease in the value of the business and loss of advertising revenue.  Therefore, Farmer Publications is further entitled to injunctive and equitable relief pursuant to 17 U.S.C. § 502.  In the extremely likely event that Farmer Publications prevails in a civil action to enforce its copyright, Farmer Publications is entitled to recover its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

Based on the foregoing, Farmer Publications hereby respectfully requests that you contact us to discuss specific terms to resolve this matter including, but not limited to:

(i)      a one-time licensing agreement for continued use of the Copyrighted Work;

3

Ms. Siobhan Foster
RE: Copyright Infringement – Demand to Cease and Desist

December 12, 2022

      (ii)     a written apology by Ms. Paulin for using the Copyrighted Work without authorization, and for intentionally interfering with Farmer Publications' relationship with GRF, VMS, and the LWV community;

      (iii)    identify any and all persons and entities involved in the creation of the Infringing Map;

      (iv)    provide an accounting of all revenues generated in connection with the *Village Breeze*; and

      (v)     pay Farmer Publications monetary damages in the amount of $500,000 plus attorney's fees (in an amount to be determined) for the willful and deliberate infringement of the Copyrighted Work.

It is our intention to resolve this matter expeditiously and amicably. However, if you are not willing to comply with our requests, we intend to take any and all necessary steps towards protecting the rights of our clients including, but not limited, filing a civil lawsuit against you and Ms. Paulin in the United States District Court.

Please note that all rights, remedies, legal, and factual positions, above and beyond those stated herein, are expressly reserved. We look forward to your immediate response and an amicable resolution by no later than **December 27, 2022**.

Very truly yours,
THE PATEL LAW FIRM, P.C.

Daniel H. Ngai

cc:   Ms. Eileen Paulin, Marketing and Communications Director
     *Eileen.Paulin@vmsinc.org*

Enclosures
DHN/kd

# Exhibit 5



# Exhibit 6

# VILLAGE BREEZE

JANUARY/FEBRUARY 2023

Recreation + Transportation + News + Services + More


# CONTINUED HOPES FOR 2023



For centuries, authors have spent a great deal of time waxing philosophical on myriad topics—in particular, the very weighty subject of time, including endings, beginnings and its general unstopping march.

*"What the new year brings to you will depend a great deal on what you bring to the new year."—Vern McLellan*

*"Year's end is neither an end nor a beginning but a going on." —Hal Borland*

*"You are never too old to set another goal or to dream a new dream."—C.S. Lewis*

I'm not much of a Pollyanna, but I do tend to look at each new year as a beginning. I'm not big on resolutions, either, but goals, rather—and a kindly, patient regard toward myself if I don't happen to meet all those goals in the ways I hoped or intended.

However, one definite goal for 2023 is to continue to deliver informative, engaging content for Village residents, and I hope you agree that this issue is off to a promising start.

In addition to our regular columns from General Services, Landscaping, Recreation, Security and many others, this issue offers some great content, including an article on what the ongoing 90+ Study continues to teach researchers about the aging process for the "oldest old."

Chances are you've heard about the study, twice featured on CBS's "60 Minutes" as well as in other information outlets, including the New York Times. Once limited to Laguna Woods residents, the study recently was opened to individuals 90 and older throughout Southern California. "The stuff we find … is amazing," said Claudia Kawas, MD, founder and co-principal investigator of the study. "The number of people in that age group is quadrupling in just a couple of decades. They are the leading consumers of health care. This is on a global level. Aging is a big deal."

You'll also find features on Broadband Services and upcoming necessary changes to West Coast Internet's offerings.

To ensure you're in the know regarding GRF, your housing mutual and the VMS board of directors, be sure to check out important news and updates starting on page 44.

Of course, the Village Breeze is only as good as the information contained within, so I also hope you will continue to share your feedback as well as your Village photos and goings-on.

My greatest hope, however, is that you continue to enjoy all the Village has to offer and have a happy and healthy 2023 full of new goals and dreams.

*Ellyce*

**Ellyce Rothrock, Editor**
ellyce.rothrock@vmsinc.org



# features

**12** Unlocking the Secrets of Aging
*The 90+ Study has much to teach us about the 'oldest old.'*
BY JENNIFER KARMARKAR

**16** The Speed of Light
*Faster internet is coming to a laptop or PC near you.*
BY EILEEN PAULIN AND JENNIFER KARMARKAR

**18** Quality Cable System
*Broadband services FAQ, troubleshooting, contact information and more*



PAGE 12



PAGE 16



PAGE 18



Every Village Breeze edition is paid for through a partnership with MemorialCare.



## VILLAGE BREEZE
### THE OFFICIAL MAGAZINE OF LAGUNA WOODS VILLAGE

JANUARY/FEBRUARY 2023

CEO: Siobhan Foster

PUBLISHER: Eileen Paulin

EDITOR: Ellyce Rothrock

MANAGING EDITOR: Susan Logan-McCracken

VICE PRESIDENT, MEDIA SERVICES 55,
SALES & MARKETING: Jon Noell

ADVISORY BOARD: Golden Rain Foundation Media and Communications Committee: Elsie Addington, Margaret Bennett, Maggie Blackwell, James Cook, Anthony Liberatore, Joan Milliman (chair) and Cris Prince; advisors: Catherine Brians, Theresa Frost, Tom Nash, Carmen Pacella and Lucy Parker; alternates: Deborah Dotson, Peter Sanborn and Moon Yun

BOARD PRESIDENTS: Bunny Carpenter, GRF Board of Directors; Mark Laws, Third Laguna Hills Mutual Board of Directors; Lenny Ross, United Laguna Woods Mutual Board of Directors; Sue Stephens, Mutual No. Fifty Board of Directors

VILLAGE BREEZE MAGAZINE: Published six times a year by the Golden Rain Foundation (GRF) of Laguna Woods Village. ©2023 GRF. The diverse opinions expressed in Village Breeze magazine do not necessarily represent the views of the editors, Village Management Services Inc. management or administration, the GRF Board of Directors or the Village Breeze Advisory Board. Village Breeze magazine welcomes comment from its readers to info@lagunawoodsvillage.com or Village Breeze, 24351 El Toro Road, Laguna Woods, CA 92637.

EDITORIAL SUBMISSIONS: Village Breeze content is generated by the GRF Media and Communications Committee, its advisors and the Village Management Services editorial team. The purpose of this publication is to provide important community information in a concise format to the Residents of Laguna Woods Village. A digital edition is available at lagunawoodsvillage.com.

Unsolicited manuscripts and content suggestions are welcome for possible future use in the Village Breeze or other VMS publications. Acknowledgement of unsolicited manuscripts is in no way a suggestion or guarantee of publication.

Submit concise editorial ideas as a one-page letter accompanied by recent writing samples to info@lagunawoodsvillage.com or to Village Breeze, 24351 El Toro Road, Laguna Woods, CA 92637. Include your full name, phone number, email address and manor number. To receive a copy of the Laguna Woods Village Style Guide and editorial guidelines, email info@lagunawoodsvillage.com.

Submissions will not be returned.

Village Breeze reserves the right to edit any and all content for clarity, accuracy, space and tone and correct grammar, spelling and usage.

Only Village Breeze staff and its advisors prepare and assign editorial content. No contributor or agent may promise content, or content placement within Village Breeze, to any individual, group, business, organization or entity.

# departments

| | |
|---|---|
| 4 | What's Up in the Village |
| 20 | Community Connected |
| 22 | Landscaping |
| 26 | Security |
| 30 | General Services |
| 32 | We Hear You |
| 33 | Maintenance and Construction |
| 34 | Recreation |
| 56 | Then & Now |

## from the Village Boards
### REPORTS, NEWS AND UPDATES FROM YOUR BOARDS OF DIRECTORS

| | |
|---|---|
| 44 | Golden Rain Foundation of Laguna Woods |
| 47 | Third Laguna Hills Mutual |
| 51 | United Laguna Woods Mutual |
| 53 | Village Management Services |







## in every issue
### KEYS TO THE COMMUNITY

| | |
|---|---|
| 28 | Village Map |

KEYS TO THE COMMUNITY

Map Not to Scale

N

Ridge Route Dr

DMV
Moulton Plaza
Florence Sylvester Senior Center
Santa Maria Ave

Gate 8
Gate 11
Gate 10
Gate 9
Gate 14
Gate 7

Clubhouse 6
Clubhouse 5
Clubhouse 7

The Towers 1 & 2

9-Hole Golf Course

Tennis Center
Driving Range

Laguna Woods Village Community Center

Presbyterian Church

Health Care Office
The Fountains
The Regency
Stater Bros.
Home De...

Garden Center 1

San Remo

El Toro Rd

**Legend:**
- Golf Cart Route ············
- Health Care ✚
- Churches, Temples ⛪
- Security Gates (Gate)
- OCTA Bus Stops
- Clubhouses
- Swimming Pool

® 2020, Laguna Woods Village

Laguna Woods Village®

