Natu J. Patel, SBN 188618
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone:      949.955.1077
Facsimile:  949.955.1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiff, FARMER PUBLICATIONS, Inc.

Chad A. Westfall
**MUSICK, PEELER & GARRETT LLP**
2801 Townsgate Road, Suite 200
Westlake Village, California 91361
Phone: (415) 281-2030
c.westfall@musickpeeler.com

Attorneys for Defendants, VILLAGE MANAGEMENT SERVICES, INC., GOLDEN RAIN FOUNDATION OF LAGUNA WOODS, EILEEN PAULIN, and DOES 1-10, inclusive

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMER PUBLICATIONS, INC., a Texas corporation,<br><br>　　　　Plaintiff,<br>　vs.<br><br>VILLAGE MANAGEMENT SERVICES, INC., a California corporation; Golden Rain Foundation of Laguna Woods, a California corporation; Eileen Paulin, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:23−cv−00156-CJC-JDE<br>**Honorable Cormac J. Carney**<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ORDER VACATING ALL PENDING DEADLINES** |

Pursuant to Local Rule 16-15.7, Plaintiff, Farmer Publications, Inc. ("Plaintiff" or "Farmer") and Defendants, Village Management Services, Inc., Golden Rain Foundation of Laguna Woods and Eileen Paulin (collectively, "Defendants"), by and through the undersigned counsel, hereby submit this Joint Notice of Settlement and Request for Order Vacating All Pending Deadlines to notify the Court that during the mediation conducted on April 11, 2024, the Parties reached a settlement in principle and are currently drafting the settlement agreement.

Therefore, the Parties respectfully request the Court to issue an order vacating all pending deadlines in this action, and requiring the Parties to file a report on the status of this case if a request for dismissal is not filed within forty five (45) days.

DATED: April 15, 2024          Respectfully Submitted
                               THE PATEL LAW FIRM, P.C.

                               */s/ Natu J. Patel*
                               Natu J. Patel
                               Attorneys for Plaintiff,
                               Farmer Publications, Inc.

DATED: April 15, 2024          MUSICK, PEELER & GARRETT LLP

                               /s/ Chad Westfall
                               Chad Westfall
                               Attorneys for Defendants,
                               Village Management Services, Inc., Golden
                               Rain Foundation of Laguna Woods, Eileen
                               Paulin, and Does 1-10, inclusive

**CERTIFICATE OF SERVICE**
CENTRAL DISTRICT OF CALIFORNIA

The undersigned certifies that on April 15, 2024, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ORDER VACATING ALL PENDING DEADLINES**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

/s/ Natu J. Patel
Natu J. Patel