JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMER PUBLICATIONS, INC., a Texas corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VILLAGE MANAGEMENT SERVICES, INC., a California corporation; Golden Rain Foundation of Laguna Woods, a California corporation; Eileen Paulin, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:23−cv−00156-CJC-JDE<br>**Honorable Cormac J. Carney**<br><br>**ORDER VACATING ALL PENDING DEADLINES** |

  Having reviewed the Joint Notice of Settlement and Request for Order Vacating All Pending Deadlines submitted by Plaintiff, Farmer Publications, Inc. and Defendants, Village Management Services, Inc., Golden Rain Foundation of Laguna Woods and Eileen Paulin (collectively, the "Parties") and with good cause appearing:

  **IT IS HEREBY ORDERED** that all proceedings and deadlines in this action are vacated.

  **IT IS FURTHER ORDERED** that the Parties shall file a joint report on the status of this action if a request for dismissal has not been filed with the Court within forty-five (45) days from the date of this Order.

  **IT IS SO ORDERED**.

Dated: April 15, 2024

                _____
                Honorable Cormac J. Carney
                United States District Judge